UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Z.M., a minor, by and through her parent and natural guardian, A.M., in her own right | : <br> : <br> : <br> : |
| Plaintiff | : Civil Action No. 3:18-CV-01193-ARC |
| v. | : |
| Arrowhead Lake Community Association | : <br> : <br> : |
| Defendant | : JURY TRIAL DEMANDED |

**ORDER OF COURT**

**AND NOW**, this __16th__ day of July, 2019, upon consideration of the Joint Motion to Approve Minor's Settlement, it is hereby ORDERED that said Motion is GRANTED. The settlement of this matter is hereby approved as set forth therein.

BY THE COURT:

_____, J.